No. 362. BURTON-SUTTON OIL CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Cullen R. Liskow* for petitioner. *Acting Solicitor General Judson* for respondent.

No. 385. JEFFRIES ET AL. *v.* JEFFRIES ET AL. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles Rivers Aiken* for petitioners. *Messrs. William H. Beckman, George C. Adams* and *Daniel M. Healy* for respondents.

No. 338. BERRY ET AL. *v.* ROOT ET AL. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Miller Walton* for petitioners. *Mr. Olin E. Watts* for respondents.

No. 355. SCARBOROUGH *v.* PENNSYLVANIA RAILROAD CO. October 15, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE MURPHY are of the opinion that petition for certiorari should be granted because of conflict with *Tiller* v. *Atlantic Coast Line R. Co.,* 318 U. S. 54. *Mr. John H. Hoffman* for petitioner. *Mr. R. Aubrey Bogley* for respondent. *Messrs. Lee Pressman* and *Frank Donner* filed a brief on behalf of the United Railroad Workers of America, as *amicus curiae,* in support of the petition.